**v.**

**The STATE of Texas, Appellee.**

**No. 27870.**

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

**Robert J. HOOPER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27858.**

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

. This purports to be an appeal from a conviction for burglary, with punishment assessed at two years' confinement in the penitentiary.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In absence of a notice of appeal, the jurisdiction of this court does not attach.

The appeal is dismissed.